ORIGINAL/COURT COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **District of Columbia**

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

V.

Mike Johanns
1400 Independence Ave
Washington DC 20250-1400

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0989

CAS

JUDGE: ROYCE C. LAMBERTH

DECK TYPE: EMPLOYMENT DISCRIMINATION

DATE: MAY 17, 2005

TO: (Name and address of Defendant)

Mike Johanns
1400 Independence Ave
Washington DC 20250-1400

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~~~ PRO SE (name and address)

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 17 2005

CLERK                                          DATE

*Maureen Higgins*
(BY) DEPUTY CLERK

ORIGINAL/COURT COPY

⌘AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-1-05 |
| NAME OF SERVER (PRINT) Scot Singleton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Marlene Radloff

☐ Returned unexecuted: _____

☒ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-1-05
             Date          Signature of Server

P.O. Box 18647
Washington, DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.