AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **District of Columbia**

ORIGINAL/COURT COPY

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

v.

Mike Johanns
1400 Independence Ave
Washington DC 20250-1400

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0989

JUDGE: ROYCE C. LAMBERTH

DECK TYPE: EMPLOYMENT DISCRIMINATION

DATE: MAY 17, 2005

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd St NW
W.D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~[redacted]~~ *those* (name and address)

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GOVERNMENT EXHIBIT 2

NANCY M. MAYER-WHITTINGTON            MAY 17 2005
CLERK                                  DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-1-05 |
| NAME OF SERVER (PRINT) Scot Singleton | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service on Donna Dantzler, Authorized Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-1-05
                    Date

Signature of Server

P.O. Box 18647
Washington, DC 20036

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.