Juan Morgan, pro se
Casa 77
Fort Clayton
Panama City, Panama
011-507-6673-4827


UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

JUAN MORGAN                                          05 Civ. 989
Casa 77                                              Hon. Royce C. Lamberth
Fort Clayton                                         Declaration
Panama City, Panama                                  In Opposition to Motion
              Plaintiff,           To Dismiss

      v.

MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE
1400 Independence Avenue, S.W.
Washington, DC 20250-1400


           Defendant.

---

John F. McHugh declares under penalty of perjury pursuant to 28 U.S.C. §1746.

1. I am an attorney duly admitted to practice in the Courts of the State of New York as well as the Southern and Eastern Districts of New York and the Second Circuit.

2. This action was filed by Mr. Morgan pro se. However, this office will attempt to find an attorney in the District which will undertake Mr. Morgan's representation in this matter and seek admission pro hac vice if that is deemed desirable by such attorney.

3. When Mr. Morgan alerted us to the motion to dismiss, we reviewed the papers and found that the process server used had indeed not served the papers properly. My office manager then served the papers from here properly on September 22, 2005.

Wherefore, the motion should be deemed moot.

Dated, New York, N.Y.
        October 5, 2005

_____
                John F. McHugh

CEDRTIFICATION OF SERVICE

Sylvia Cruz certified pursuant to 28 U.S.C. §1746 that on this 5th day of October, 2005 she served a copy of these answering papers upon John Truons, Trial Attorney, United States Department of Justice, 950 Pennsylvania Avenue N.W. Washington, D.C. 20530 by United States Mail.

_____
Sylvia Cruz