Juan Morgan, pro se
Casa 77
Fort Clayton
Panama City, Panama
011-507-6673-4827

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JUAN MORGAN
Casa 77
Fort Clayton                            Declaration
Panama City, Panama
       Plaintiff,
    v.

MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE
1400 Independence Avenue, S.W.
Washington, DC 20250-1400

       Defendant.

Sylvia Cruz declares under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

    1. I am the office manager of John F. McHugh, Esq, of 6 Water Street, New York, N.Y., am over eighteen years of age and am not a party to this action.

    2. This office has been assisting Mr. Juan Morgan in this matter but has not appeared as Mr. McHugh is not admitted to the bar of the District of Columbia and is seeking local counsel to assume this matter.

    3. Upon receiving the motion to dismiss from Mr. Morgan and determining that service by a local process server had been improper, I served a copy of the summons and complaint upon The United States Attorney, Civil Process Clerk, at 501 Third Street,

N.W. Washington D.C. by certified mail return receipt requested on September 22, 2005. See Exhibit A.

4. I served a copy of the summons and complaint upon the Attorney General, the United States Department of Justice, 950 Pennsylvania Avenue N.W. Washington, D.C. 20530 on September 22, 2005 by certified mail return receipt requested which was received by the Attorney General on September 27, 2005, Exhibit B.

5. I served a copy of the summons and complaint on Mike Johanns, Secretary of Agriculture, 1400 Independence Avenue, Washington D.C. 20205 on September 22, 2005 certified mail return receipt requested, Exhibit C.

Wherefore, the defendants have been duly served as directed in Rule 4(i) of the Federal Rules of Civil Procedure.

Dated, New York, N.Y.
September 5, 2005

Sylvia Cruz