AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of ___District of Columbia___

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

V.

Mike Johanns
1400 Independence Ave
Washington DC 20250-1400

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05CV0989

JUDGE: ROYCE C. LAMBERTH

DECK TYPE: EMPLOYMENT DISCRIMINATION

DATE: MAY 17, 2005

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd St NW
W.D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' [Pro Se] (name and address)

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 17 2005
CLERK                                     DATE

_Maureen Heggins_
(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

# UNITED STATES DISTRICT COURT
## District of Columbia

V.

Mike Johanns
1400 Independence Ave.
Washington D.C. 20250-1400

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0989
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: EMPLOYMENT DISCRIMINATION
DATE: MAY 17, 2005

TO: (Name and address of Defendant)

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave NW
W.D.C, 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF *Pro SE* (name and address)

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 17 2005
CLERK                                          DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   United States Dept. of Justice
   1400 Pennsylvania Avenue
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent   ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0000 3336 1432

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

UNIT ID: 0005
Postmark Here
Clerk: JRG100
09/22/05

Sent To: Attorney General - U.S. Dept. of Justice
Street, Apt. No.; or PO Box No.: 1400 Pennsylvania Avenue
City, State, ZIP+4: Washington, DC 20530

7004 0550 0000 3336 1432

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **District of Columbia**

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

V.

Mike Johanns
1400 Independence Ave
Washington DC 20250-1900

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0989
CAS
JUDGE: ROYCE C. LAMBERTII
DECK TYPE: EMPLOYMENT DISCRIMINATION
DATE: MAY 17, 2005

TO: (Name and address of Defendant)

Mike Johanns
1400 Independence Ave
Washington DC 20250-1400

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~[redacted]~~ Pro SE (name and address)

Juan E. Morgan
PSC 2 Box 2814
APO AA 34002

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 17 2005
CLERK                              DATE

_Maureen Higgins_
(BY) DEPUTY CLERK

