UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN MORGAN,  )<br>       )<br>     Plaintiff,   )<br>       )<br>v.       )<br>       )<br>MIKE JOHANNS,     )<br>Secretary, Department of Agriculture,  )<br>       )<br>     Defendant.   )<br>       ) | Civil Action No. 05-989 (RCL) |

**ORDER**

Defendant Mike Johanns, Secretary, Department of Agriculture, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 13, 2005.