UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN MORGAN | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-989 (RCL) |
| MIKE JOHANNS, Secretary, Department of Agriculture, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of defendant's Consent Motion [11] for an Extension of Time and the entire record herein, it is hereby

ORDERED that defendant's Consent Motion [11] for an Extension of Time is GRANTED; it is

FURTHER ORDERED that the parties have up to and including January 30, 2006 to complete the Rule 16.3 Conference and February 13, 2006 to file the Rule 16 Report.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 12, 2006.