UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: **05-989 (RCL)** |
| ) | |
| ) | **ECF** |
| **MIKE JOHANNS**, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

Pursuant to the Court's request, Defendant Mike Johanns, Secretary, U.S. Department of Agriculture, in his official capacity, respectfully submits the following proposed Scheduling Order to govern the proceedings in this case:

1. <u>Discovery</u>:   Defendant proposes that discovery closes 180 days after the Court enters this proposed scheduling order.

2. <u>Initial Disclosure</u>: Defendant proposes that the parties waive Initial Disclosures.

3. <u>Interrogatory and Deposition</u>: Defendant proposes that the parties are limited to 25 interrogatories, including all subparts, and 5 deposition per side.

4. <u>Dispositive motions</u>: Defendant proposes that dispositive motions are due 30 days after the close of discovery; oppositions are due 30 days after service of dispositive motions; and replies are due 14 days after service of any oppositions.

5. <u>Pretrial and Trial Dates</u>: Defendant proposes that the pretrial and trial dates should not be set until after the Court resolves all dispositive motions.

    A proposed Scheduling Order is attached.

Dated: March 6, 2006.                              Respectfully submitted,

          /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

          /s/
R. CRAIG LAWRENCE, D.C. BAR #483789
Assistant United States Attorney

          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN MORGAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: **05-989 (RCL)** |
| ) | |
| ) | **ECF** |
| **MIKE JOHANNS**, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## SCHEDULING ORDER

| Events | Dates |
|---|---|
| Discovery Deadline | _____, 2006, 180 days after the Court enters the Proposed Order |
| Initial Disclosures | Waived by the Parties |
| Interrogatories/Depositions | 25 interrogatories (including subparts) and 5 depositions per side |
| Dispositive motions | _____, 2006, 30 days after close of Discovery |
| Oppositions | _____, 2006, 30 days after service of Dispositive Motions |
| Replies | _____, 2006, 14 days after service any Opposition |
| Pretrial Conference and Trial | Shall be set after resolution of dispositive motion |

IT IS SO ORDERED.

Dated: _____     _____
U.S. District Judge

Copies to:

John C. Truong, Esq.
Counsel for Defendant

Mr. Juan Morgan
*Pro se* plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 6, 2006, service of the foregoing <u>Defendant's Proposed Scheduling Order</u> was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to <u>pro se</u> plaintiff addressed as follows:

> Mr. Juan Morgan
> PSC 2, Box 2814
> APO AA 34002

                                                /s/
                                    JOHN C. TRUONG
                                    Assistant United States Attorney