# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| **JUAN MORGAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-989 (RCL)** |
| | ) | |
| **MIKE JOHANNS,** | ) | |
| **Secretary, Department of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## SCHEDULING ORDER

| Event | Date |
|---|---|
| Discovery Deadline | September 10, 2006 |
| Initial Disclosures | Waived by the parties |
| Interrogatories/Depositions | 25 interrogatories (including subparts) and 5 depositions per side |
| Dispositive Motions | October 10, 2006 |
| Oppositions | November 10, 2006 |
| Replies | November 24, 2006 |
| Pretrial Conference and Trial | Shall be set after resolution of dispositive motions |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 10, 2006.