UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-989 (RCL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Consent Motion to Amend Scheduling Order, and the entire record herein, it is hereby

ORDERED that defendant's Consent Motion to Amend Scheduling Order is GRANTED; and it is further

ORDERED that the Scheduling Order be amended as follows:

| Events | Deadlines |
|---|---|
| Discovery | November 11, 2006 |
| Dispositive Motions | December 10, 2006 |
| Oppositions | January 11, 2007 |
| Replies | February 23, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2006.