UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN MORGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 05-989(RCL) |
| | ) | ECF |
| MIKE JOHANNS, | ) | |
| Secretary, Dept. of Agriculture, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Mike Johanns, Secretary, U.S. Department of Agriculture, in his official capacity, respectfully moves the Court for a 60-day extension of deadlines. Pursuant to Local Rule 7(m), the undersigned conferred with Plaintiff's counsel (Mr. John McHugh) and counsel consented to this motion. Although Mr. McHugh is Plaintiff's counsel, he is not admitted in this jurisdiction and has not made an appearance in this matter.

There is good cause to grant this Motion. It appears that Plaintiff is still in the process of seeking local counsel to represent him in this litigation. Furthermore, the parties have exchanged correspondence to find an informal resolution to this matter short of further litigation. In fact, Plaintiff has made a settlement demand and Defendant is currently reviewing that demand and intends to respond to the demand shortly.

For these reasons, the Court should grant this consent motion and extend all deadlines as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Discovery | November 13, 2006 | January 13, 2007 |
| Dispositive Motions | December 10, 2006, | February 10, 2007 |
| Oppositions | January 11, 2007 | March 11, 2007 |
| Replies | February 23, 2007 | April 23, 2007 |

Dated: November 8, 2006.　　　　　　　　Respectfully Submitted,


　　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　　/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUAN MORGAN,        )<br>     Plaintiff,    )<br>                     )<br>     v.              )<br>                     )<br> MIKE JOHANNS,       )<br> Secretary, Dept. of Agriculture, )<br>                     )<br>     Defendant.      )<br> _____) | Civ. No.: 05-989(RCL)<br>ECF |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 200___,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that all deadlines shall be EXTENDED as follows:

| Events | Deadlines |
|---|---|
| Discovery | January 13, 2007 |
| Dispositive Motions | February 10, 2007 |
| Oppositions | March 11, 2007 |
| Replies | April 23, 2007 |

SO ORDERED.

_____

U.S. District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 8, 2006, service of the foregoing Defendant's Motion for Extension of Time  was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to *pro se* plaintiff and his counsel addressed as follows:

Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004

                                                /s/
                                          JOHN C. TRUONG
                                          Assistant United States Attorney