UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary, Department of Agriculture, )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-989 (RCL) |

## ORDER

Upon consideration of defendant's Consent Motion [19] for an Extension of Time, and the entire herein, it is hereby

ORDERED that defendant's Consent Motion [19] for an Extension of Time is GRANTED; it is further

ORDERED that defendant's Consent Motion [16] for an Extension of Time is dismissed as moot; and it is further

ORDERED that all deadlines shall be extended as follows:

| Events | Deadlines |
|---|---|
| Discovery | January 13, 2007 |
| Dispositive Motions | February 10, 2007 |
| Oppositions | March 11, 2007 |
| Replies | April 23, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 9, 2006.