UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 05-989(RCL) |
| ) | ECF |
| MIKE JOHANNS, ) | |
| Secretary, Dept. of Agriculture, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION TO AMEND
THE COURT'S NOVEMBER 9, 2006 ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Mike Johanns, Secretary, U.S. Department of Agriculture, in his official capacity, respectfully moves the Court for a 60-day extension of all deadlines set forth in the Court's November 9, 2006 Order. Pursuant to Local Rule 7(m), the undersigned conferred with Plaintiff's counsel (Mr. John McHugh) and counsel consented to this motion. Although Mr. McHugh is Plaintiff's counsel, he is not admitted in this jurisdiction and has not made an appearance in this matter. Therefore, Plaintiff Juan Morgan is proceeding *pro se* in this action.

There is good cause to grant this Motion. Defendant timely propounded written discovery upon Mr. Morgan. However, on December 15, 2006, Mr. Morgan sent an e-mail to the undersigned informing the undersigned that he (Mr. Morgan) could not respond to Defendant's discovery requests due to certain medical issues. Mr. Morgan also sent a follow up letter informing the undersigned of same. See Exh. A. According to Mr. Morgan, he is not able to respond to Defendant's discovery requests "for the foreseeable future on account of pain,

1

medication and physical therapy for this particular disability. Additionally, [he has] to content (sic) with a daily dose of medications and other therapies for this and other labor-induced disabilities." See Exh. A at ¶ 2. Mr. Morgan suggests that "all actions" be postponed until March 15, 2007. Id. at ¶ 3.

In light of Mr. Morgan's medical conditions and as an accommodation to him, Defendant hereby seeks an extension of all deadlines to allow Mr. Morgan time to recover from his medical conditions and respond to Defendant's discovery requests. For these reasons, the Court should grant this consent motion and extend all deadlines as follows to allow the parties to complete discovery:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Discovery | January 13, 2007 | March 15, 2007 |
| Dispositive Motions | February 10, 2007 | April 15, 2007 |
| Oppositions | March 11, 2007 | May 15, 2007 |
| Replies | April 23, 2007 | June 1, 2007 |

Dated: January 5, 2007.   Respectfully Submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN,         )<br>    Plaintiff,        )<br>                       )<br>v.                    )<br>                       )<br>MIKE JOHANNS,        )<br>Secretary, Dept. of Agriculture,  )<br>                       )<br>    Defendant.        )<br>_____) | Civ. No.: 05-989(RCL)<br>ECF |

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend the Court's November 9, 2006 Order and the entire record herein, it is this _____ day of _____, 200___,

ORDERED that Defendant's Consent Motion to Amend the Court's November 9, 2006 Order be and is hereby GRANTED; and it is

FURTHER ORDERED that all deadlines shall be EXTENDED as follows:

| Events | Deadlines |
|---|---|
| Discovery | March 15, 2007 |
| Dispositive Motions | April 15, 2007 |
| Oppositions | May 15, 2007 |
| Replies | June 1, 2007 |

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 5, 2007, service of the foregoing Defendant's Consent Motion to Amend the Court's November 9, 2006 Order was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to *pro se* plaintiff and his counsel addressed as follows:

Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004

_____
JOHN C. TRUONG
Assistant United States Attorney

December 13, 2006

**Mr. John C. Truong**
Assistant United States Attorney
555 Fourth Street, N. W.
Washington, D. C. 20530

Subject: Postponement of Interrogatories and First Request of Documents

Dear Mr. Throng:

1. Greetings. Please note that, as of 12 December 2006, I am in receipt of your latest correspondence -- Defendant's First Set of Interrogatories and First Request for Production of Documents, dated 5 December 2006. This document is signed by Mr. Timothy A. Rice, your paralegal.

2. However, please be aware that I underwent an extensive orthopedic surgery on 5 December 2006 and will be unable to address your request for the foreseeable future on account of pain, medication and physical therapy for this particular disability. Additionally, I have to content with a daily dose of medications and other therapies for this and other labor-induced disabilities.

3. Therefore, I recommend that all actions regarding your correspondence be postponed until March 15, 2007.

Very respectfully,

**Juan E. Morgan Sr.**
Email: delfines24@yahoo.com
Telephone: 011.507.6673.4827

