## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN MORGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 05-989(RCL) |
| | ) | ECF |
| MIKE JOHANNS, | ) | |
| Secretary, Dept. of Agriculture, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S CONSENT MOTION TO AMEND
### THE COURT'S JANUARY 12, 2007 ORDER

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for a 60-day extension of all deadlines set forth in the Court's January 12, 2007 Order. Pursuant to Local Rule 7(m), the undersigned conferred with Plaintiff's counsel (Mr. John McHugh) and counsel consented to this motion. Although Mr. McHugh is Plaintiff's counsel, he is not admitted in this jurisdiction and has not made an appearance in this matter. Therefore, Plaintiff Juan Morgan is proceeding *pro se* in this action.

There is good cause to grant this Motion. On January 5, 2007, as a courtesy to the *pro se* plaintiff, Defendant moved for an extension of all deadlines by approximately three months because Plaintiff claimed that he was ill and could not respond to Defendant's discovery requests. See Dkt. No. 21. On January 12, 2007, the Court granted that motion and set March 15, 2007, as the deadline for all discovery. See Jan. 12, 2007 Order (Dkt. No. 22).

Defendant just learned from Plaintiff's counsel (Mr. McHugh) that Plaintiff is still ill and cannot respond to the outstanding discovery requests until the end of April. It also appears that Plaintiff has now found local counsel to represent him in this litigation. It is unclear when local

1

counsel intends to make his/her appearance.

In any event, in light of Plaintiff's medical conditions and as an accommodation to him, Defendant hereby seeks an extension of all deadlines to allow him time to recover from his medical conditions and respond to Defendant's discovery requests.  This extension would also allow local counsel to become familiar with the case.

For these reasons, the Court should grant this consent motion and extend all deadlines as follows to allow the parties to complete discovery:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Discovery | March 15, 2007 | May 15, 2007 |
| Dispositive Motions | April 15, 2007 | June 15, 2007 |
| Oppositions | May 15, 2007 | July  15, 2007 |
| Replies | June 1, 2007 | August 1, 2007 |

Dated: March 16, 2007.                    Respectfully Submitted,

   /s/  Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN MORGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 05-989(RCL) |
| | ) | ECF |
| MIKE JOHANNS, | ) | |
| Secretary, Dept. of Agriculture, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion to Amend the Court's January 12, 2007 Order and the entire record herein, it is this _____ day of _____, 200___,

ORDERED that Defendant's Consent Motion to Amend the Court's January 12, 2007 Order be and is hereby GRANTED; and it is

FURTHER ORDERED that all deadlines shall be EXTENDED as follows:

| Events | Deadlines |
|---|---|
| Discovery | May 15, 2007 |
| Dispositive Motions | June 15, 2007 |
| Oppositions | July  15, 2007 |
| Replies | August 1, 2007 |

SO ORDERED.

_____

U.S. District Judge

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on March 16, 2007, service of the foregoing

<u>Defendant's Consent Motion to Amend the Court's January 12, 2007 Order</u> was made via the

Court's Electronic Case Filing System and by first class, postage prepaid mail to *pro se* plaintiff

and his counsel addressed as follows:


Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004


_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney