**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUAN MORGAN,                         )<br>        Plaintiff,                              )<br>                                                    )<br>    v.                                             )<br>                                                    )<br>MIKE JOHANNS,                      )<br>Secretary, Dept. of Agriculture,    )<br>                                                    )<br>        Defendant.                          )<br>_____) | Civ. No.: 05-989(RCL)<br>ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney John C. Truong as counsel for Defendant in the above-captioned case.

                    /s/      Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 23rd day of March, 2007, I caused a copy of the foregoing Notice of Substitution of Counsel to be made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to *pro se* plaintiff and his counsel addressed as follows:

Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004

       /s/   Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov