UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN MORGAN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-989 (RCL) |
| MIKE JOHANNS, ) Secretary, Department of Agriculture, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Consent Motion [23] to Amend the Court's January 12, 2007, Scheduling Order, and the entire record herein, it is hereby

ORDERED that defendant's Consent Motion [23] to Amend the Court's January 12, 2007, Scheduling Order is GRANTED; and it is further

ORDERED that the Scheduling Order be amended as follows:

| Events | Deadlines |
|---|---|
| Discovery | May 15, 2007 |
| Dispositive Motions | June 15, 2007 |
| Oppositions | July 15, 2007 |
| Replies | August 1, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 3, 2007.