Juan E. Morgan, pro se
Casa # 77
Fort Clayton
Panama City, Panama
011-507-6673-4827

RECEIVED

MAY  7 2007

CHAMBERS OF
JUDGE LAMBERTH

*VIA EXPRESS*
*mail 12:05 pm*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

JUAN E. MORGAN
Casa # 77
Fort Clayton
Panama City, Panama
          Plaintiff,

    v.

MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE
1400 Independence Avenue, S.W.
Washington, DC 20250-1400

          Defendant.

Case No. 05-989 (RCL)

RECEIVED

MAY 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

PLAINTIFF PRO-SE'S CONSENT MOTION TO AMEND THE
SCHEDULING ORDER EXTENDING DISCOVERY THROUGH
JULY 31, 2007

Pursuant to Federal Rules of Civil Procedure §6(b) plaintiff Juan

Morgan, pro se, respectfully moves for an extension of the discovery

deadline in this matter. I am informed that the defendant's attorney has

consented to a 60 day extension of this deadline. I am proceeding pro-se in

this action but have been seeking local counsel so that the attorney who represented me within the Department, can take over this matter.

I have now responded to the defendant's discovery demands and interrogatories and my deposition will be taken in June. The schedule in this matter has been frequently interrupted as I am ill and am frequently hospitalized and thus, unavailable to deal with this case.

In addition to my deposition, in my reply to the defendant's document demand I also sought some documents. I will need to take some depositions of non-party witnesses who live substantial distances from this Court and thus, cannot be produced at trial. I also understand that several of the defendant's employees who would have knowledge of the facts are retired and therefore may be difficult to bring to court. Between my hospitalizations and the logistics involved, I had suggested to the defendant's attorney that a further extension is needed and she had no objection. Indeed my deposition had to be put off for several weeks as I am going to be subjected to several medical tests, which will go on for several weeks.

Therefore, I respectfully request, with the consent of the defendant's

attorney, that this motion be granted and the discovery deadline be reset to

July 31, 2007.                           Respectfully submitted,

Dated, May 1, 2007
            Panama City, Panama

Juan E. Morgan, Plaintiff, Pro Se
011-507-6673-4827


To:    Robin M. Meriweather
       Assistant United States Attorney
       Civil Division
       555 4th Street N.W.
       Washington, DC 20530
       Tel:  (202) 514-7198
       Fax: (202) 514-8780

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

JUAN E. MORGAN                          Case No. 05-989 (RCL)
Casa # 77
Fort Clayton
Panama City, Panama
                    Plaintiff,


            v.


MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE
1400 Independence Avenue, S.W.
Washington, DC 20250-1400


                    Defendant.

---

ORDER

Upon consideration of the plaintiff's consent motion to amend the

Court's Scheduling Order and the entire record herein, it is this ____ day of

_____, 2007


Ordered that the plaintiff's consent motion to amend the Scheduling

Order is granted and it is

Further Ordered that the deadline for completion of discovery is

EXTENDED through July 31, 2007, and further dispositive motions are

thereafter to be filed by September 1, 2007, replies by September 15.

So Ordered.

_____
United States District Judge