UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-989 (RCL) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary, Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's Consent Motion [26] to Amend the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that plaintiff's Consent Motion [26] to Amend the Court's Scheduling Order is GRANTED; and it is further

ORDERED that the deadline for completion of discovery is EXTENDED through July 31, 2007, and further dispositive motions are thereafter to be filed by September 1, 2007, responses by September 30, 2007, and replies by October 15, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 15, 2007.