UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, )<br>    Plaintiff, )<br>                   )<br>v.                   )<br>                   )<br>MIKE JOHANNS, )<br>Secretary, Dept. of Agriculture, )<br>                   )<br>    Defendant. ) | Civ. No.: 05-989(RCL)<br>ECF |

**JOINT MOTION TO ENLARGE DISCOVERY PERIOD**

Pursuant to Federal Rule of Civil Procedure 30(b), <u>pro se</u> Plaintiff Juan Morgan and Defendant Mike Johanns, Secretary of the Department of Agriculture, respectfully request a 45-day enlargement of the discovery period, making the close of discovery September 15, 2007. Discovery currently is scheduled to end July 31, 2007. A proposed order is submitted herewith.

Defendant seeks an enlargement so that Plaintiff's deposition may be taken. Defendant scheduled Plaintiff's deposition for July 30, 2007 at 10:30 a.m., and intended to depose Plaintiff on that date. However, at approximately 9:00 a.m. on July 30, 2007, the undersigned Assistant United States Attorney discovered that she had contracted an illness that severely restricted her ability to speak. As the deposition was to be conducted via telephone, that illness prevented the undersigned from conducting the deposition. Plaintiff was not available to be deposed on July 31, 2007, and Defendant therefore could not reschedule Plaintiff's deposition for a date within the existing discovery period.

Plaintiff seeks an enlargement so that he may obtain representation from local counsel. Plaintiff has had discussions with a law clinic at Howard University School of Law, and expects to have representation available once the school year begins (in late August). Enlarging the

discovery period until September 15, 2007 will permit Plaintiff to obtain counsel before the close of discovery. Plaintiff currently is proceeding pro se because the attorney that represented him at the agency level is not admitted to practice in Washington, D.C.

For the foregoing reasons, the parties respectfully request that the Court GRANT this motion, and reset the close of discovery to September 15, 2007.

Dated: July 31, 2007

Respectfully submitted,

_____
Juan E. Morgan
Plaintiff, pro se
Casa #77
Fort Clayton
Panama City, Panama


_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN,<br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>Secretary, Dept. of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civ. No.: 05-989(RCL)<br>)  ECF<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the parties' Joint Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that the Joint Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that fact discovery shall be completed by September 15, 2007.

SO ORDERED.

_____
United States District Judge