UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN MORGAN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-989 (RCL) |
| ) | |
| **MIKE JOHANNS,** ) | |
| **Secretary, Department of Agriculture,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' joint motion [28] to enlarge the discovery period, it is hereby

ORDERED that the joint motion [28] to enlarge the discovery period is GRANTED; and it is further

ORDERED that fact discovery shall be completed by September 15, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 6, 2007.