UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN,        )<br>    Plaintiff,       )<br>                     )<br>v.                   )<br>                     )<br>MIKE JOHANNS,        )<br>Secretary, Dept. of Agriculture,  )<br>                     )<br>    Defendant.      )<br>_____) | Civ. No.: 05-989(RCL)<br>ECF |

**NOTICE OF WITHDRAWAL OF MOTION**

Defendant Mike Johanns, through undersigned counsel, hereby withdraws the motion for enlargement of time to complete discovery filed September 14, 2007 (Dkt. Entry 30). Due to subsequent discussions with the pro se plaintiff, counsel for Defendant has determined that the motion previously submitted does not reflect the positions of the parties.

Dated: September 14, 2007          Respectfully submitted,

                                   /s/     Robin M. Meriweather

                                   ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   555 4th St., N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7198
                                   Robin.Meriweather2@usdoj.gov

**Certificate of Service**

     I hereby certify that on this 14th day of September, 2007, I caused a copy of the foregoing to be filed via the Court's Electronic Case Filing System and served upon Plaintiff by first class, postage prepaid mail to *pro se* plaintiff and his counsel addressed as follows:

Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004

                                              /s/   Robin M. Meriweather
                                             Robin M. Meriweather
                                             D.C. Bar # 490114
                                           Assistant United States Attorney