## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUAN MORGAN,                           )
      Plaintiff,                     )
                        )
      v.                             )     Civ. No.: 05-989(RCL)
                        )     ECF
MIKE JOHANNS,                          )
Secretary, Dept. of Agriculture,       )
                        )
      Defendant.                     )
_____)

### CONSENT MOTION TO ENLARGE DISCOVERY PERIOD

Pursuant to Federal Rule of Civil Procedure 30(b), Defendant Mike Johanns, Secretary of the Department of Agriculture, respectfully requests a 77-day enlargement of the discovery period for the limited purpose of conducting depositions. Discovery currently is scheduled to end September 15, 2007. Defendant requests that the Court extend the time period for the parties to take depositions through November 30, 2007. Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted pro se plaintiff concerning this enlargement motion. Plaintiff consented to the enlargement.

This is an employment discrimination case arising out of Plaintiff's employment with the United States Department of Agriculture ("USDA") in Panama. Plaintiff wishes to depose two current USDA employees and four individuals who were USDA employees at the time of the events at issue in this litigation. Plaintiff has alleged that these six individuals either discriminated against him or have information that would support the allegations in his complaint.

Defendant requests an enlargement of the discovery period for the limited purpose of completing depositions. Defendant seeks the enlargement due to difficulties encountered while

scheduling depositions for the USDA employees.  The two USDA employees that Plaintiff

wishes to depose have extensive foreign travel obligations in connection with their jobs, and will

be outside the United States — specifically in Jamaica, Mexico, Panama, the Phillipines,

Thailand, and Tokyo, Japan — for the foreseeable future.  In late August, Plaintiff noticed those

witnesses' depositions, and requested that they be deposed in Washington, D.C.  However, there

were no dates during the discovery period on which counsel for Defendant and the witnesses

were available for depositions in Washington, D.C.  Plaintiff has requested that his deposition be

re-scheduled for the same week as the deposition of the USDA employees.

     The parties are in the process of selecting new dates for depositions.  Defendant will

make a good-faith effort to bring the USDA employee alleged to have discriminated against

Plaintiff to Washington, D.C. for his deposition.  However that witness will be in East Asia for at

least the next six weeks, and due to conflicting travel obligations and other professional

commitments, November, 2007 is the earliest time period during which he will be able to travel

to the United States for a deposition.  Accordingly, Defendant requests that the time for

conducting depositions be extended through November 30, 2007, so that the international travel

arrangements can be made.  In the event that Plaintiff subpoenas the witnesses who have retired,

the enlargement of time also would facilitate the scheduling of their depositions.

     Granting this limited enlargement of the discovery period should cause no prejudice to

either party.

For the foregoing reasons, the parties respectfully request that the Court GRANT this motion, and permit depositions to be conducted through November 30, 2007.

Dated: September 17, 2007

<div style="margin-left: 40%;">

Respectfully submitted,

_____/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/ Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

___/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendant*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2007, I caused a copy of the

foregoing to be served upon *pro se* plaintiff and his counsel by electronic mail and first class

mail, postage prepaid, addressed as follows:

Juan Morgan
Pro se Plaintiff
PSC 2, Box 2814
APO AA 34002

John F. McHugh, Esq.
6 Water Street
New York City, NY 10004

/s/ Robin M. Meriweather

_____

Robin M. Meriweather, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUAN MORGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civ. No.: 05-989(RCL) |
| | ) | ECF |
| MIKE JOHANNS, | ) | |
| Secretary, Dept. of Agriculture, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Upon consideration of Defendant's Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is,

GRANTED;

it is further ORDERED that the fact discovery shall be extended for the limited purpose

of completing depositions, and that depositions shall be completed by November 30, 2007.

SO ORDERED.

_____

United States District Judge