# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| JUAN MORGAN, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civ. No.: 05-989 (RCL) |
| MIKE JOHANNS, ) | |
| Secretary, Dept. of Agriculture, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Motion [32] to Enlarge Discovery Period it is hereby

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is,

GRANTED; it is further

ORDERED that the fact discovery shall be extended for the limited purpose

of completing depositions, and that depositions shall be completed by November 30, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on September 25, 2007.