UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-989 (RCL) |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States Attorney Robin M. Meriweather, as counsel for the Defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov