## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-989 (RCL) |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AMENDED NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States Attorney Robin M. Meriweather, as counsel for the Defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2007, I caused a copy of the foregoing Notice of Substitution to be served by First-Class mail, postage prepaid, on:

    Mr. Juan Morgan (pro se)
    PSC 2, Box 2814
    APO AA 34002


    John F. McHugh, Esq.
    Law Offices
    6 Water Street
    New York, NY 10004


    ____/s/_____
    JOHN G. INTERRANTE
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7220
    (202) 514-8780 (fax)
    John.Interrante@usdoj.gov