UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary, Department of Agriculture, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-989 (RCL)<br><br>FILED<br>DEC - 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

The attached letter shall be treated as a motion for enlargement of time. Any opposition shall be due in 10 days.

In the future, plaintiff must file a motion. Letters to the Court are prohibited by Local Civil Rule 5.1(b). Moreover, Local Civil Rule 7(m) requires that the parties consult before filing a non-dispositive motion.

SO ORDERED.

Date: December 6, 2007

Hon. Royce C. Lamberth
United States District Judge