# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 05-989 (RCL) |
| v. | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| DEPARTMENT OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME

Pursuant to the Court's Order, dated December 6, 2007 (Document 38), Defendant respectfully filed this response to Plaintiff's Motion to Enlarge (Discovery) Time.  Defendant does not oppose the requested extension of the discovery period to, and including, March 3, 2008, but  requests that dispositive motions be due 60 days after the close of discovery.  The additional time is necessary because some of the witnesses in this case, as indicated in Plaintiff's Motion to Enlarge Time, reside in various locations in the United States and abroad, and there are often delays in exchanging information with the witnesses.  Furthermore, in the event, that an additional brief extension of the discovery period should become necessary, the time for filing dispositive motions will not have to be extended.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2007, I caused a copy of the foregoing motion to be served by First-Class mail, postage prepaid, on:

    Mr. Juan Morgan (pro se)
    PSC 2, Box 2814
    APO AA 34002


    John F. McHugh, Esq.
    Law Offices
    6 Water Street
    New York, NY 10004


    ____/s/_____
    JOHN G. INTERRANTE
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7220
    (202) 514-8780 (fax)
    John.Interrante@usdoj.gov