**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.: 05-989 (RCL)** |
| **v.** ) | |
| ) | |
| **MIKE JOHANNS, SECRETARY,** ) | |
| **DEPARTMENT OF AGRICULTURE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**SCHEDULING ORDER**

Upon Consideration of Defendant's Motion for New Scheduling Order and Plaintiff's

Unopposed Motion to Enlarge (Discovery) Time, and the entire record herein, it is hereby

**ORDERED** that the discovery period in this case is extended, and discovery shall be

concluded by March 3, 2008.

**IT IS FURTHER ORDERED** that the parties shall file dispositive motions by May 3,

2008, oppositions by June 3, 2008, and replies by June 24, 2008.

It is **SO ORDERED** this _____ day of December, 2007.


_____
Royce C. Lamberth
United States District Judge