**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.: 05-989 (RCL) |
| v. | ) |
| | ) |
| **MIKE JOHANNS, SECRETARY,** | ) |
| **DEPARTMENT OF AGRICULTURE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**SCHEDULING ORDER**

Upon further consideration of Defendant's Motion for New Scheduling Order and Plaintiff's Unopposed Motion to Enlarge (Discovery) Time, and the entire record herein, it is hereby

**ORDERED** that the discovery period in this case is extended, and discovery shall be concluded by March 3, 2008.

**IT IS FURTHER ORDERED** that the parties shall file dispositive motions by May 3, 2008, oppositions by June 3, 2008, and replies by June 24, 2008.

It is **SO ORDERED** this   19th    day of December, 2007.

/s/
Royce C. Lamberth
United States District Judge