**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN**, ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.: 05-989 (RCL)** |
| ) | |
| vs. ) | |
| ) | |
| **MIKE JOHANNS, SECRETARY,** ) | **NOTICE OF ENTRY OF APPEARANCE** |
| ) | |
| **DEPARTMENT OF AGRICULTURE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Please take notice that** Clifford J. Shoemaker, 9711 Meadowlark Road, Vienna, Va. 22182, a member of the bar of this Court hereby appears for the plaintiff, Juan Morgan.

Dated this 11th day of February, 2008.

    /s/
Clifford J. Shoemaker
SHOEMAKER & ASSOCIATES
9711 Meadowlark Road
Vienna, Va. 22182
703-281-6395
703-281-5807 (Fax)
cliff@attorneyaccess.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2008, I caused a copy of the foregoing notice to be filed with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

I also certify that a copy of this pleading was served by First-Class mail, postage prepaid, on:

Mr. Juan Morgan
PSC 2, Box 2814
APO AA 34002

and by email addressed to delfines24@yahoo.com.

John F. McHugh, Esq.
Law Offices
6 Water Street
New York, NY 10004

and by email addressed to jfmchughpc@aol.com.

                                             **/s/**
                                   Clifford J. Shoemaker
                                   SHOEMAKER & ASSOCIATES
                                   9711 Meadowlark Road
                                   Vienna, Va. 22182
                                   703-281-6395
                                   703-281-5807 (Fax)
                                   cliff@attorneyaccess.net