**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN**,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   vs.   )<br>   )<br>**MIKE JOHANNS, SECRETARY,**   )<br>   )<br>**DEPARTMENT OF AGRICULTURE,**   )<br>   )<br>   Defendant.   )<br>   )<br>   ) | **Civil Action No.: 05-989 (RCL)**<br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

**Please take notice that** Clifford J. Shoemaker, 9711 Meadowlark Road, Vienna, Va. 22182, a member of the bar of this Court hereby moves the admission pro hac vice of John F. McHugh, Esq. 6 Water Street, New York, N.Y. 10004 a member in good standing of the Bar of the State of New York, the Southern District of New York, the Eastern District of New York, the Second Circuit, the Sixth Circuit and the Ninth Circuit and the DC Circuit, to act as co-counsel in this matter.

Dated this 11th day of February, 2008.

   **/s/**
Clifford J. Shoemaker
SHOEMAKER & ASSOCIATES
9711 Meadowlark Road
Vienna, Va. 22182
703-281-6395
703-281-5807 (Fax)
cliff@attorneyaccess.net

### CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of February, 2008, I caused a copy of the foregoing notice to be filed with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

JOHN G. INTERRANTE  
Assistant United States Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7220  
(202) 514-8780 (fax)  
John.Interrante@usdoj.gov

    I also certify that a copy of this pleading was served by First-Class mail, postage prepaid, on:

Mr. Juan Morgan  
PSC 2, Box 2814  
APO AA 34002

and by email addressed to delfines24@yahoo.com.

John F. McHugh, Esq.  
Law Offices  
6 Water Street  
New York, NY 10004

and by email addressed to jfmchughpc@aol.com.

                                          **/s/**  
                                   Clifford J. Shoemaker  
                                   SHOEMAKER & ASSOCIATES  
                                   9711 Meadowlark Road  
                                   Vienna, Va. 22182  
                                   703-281-6395  
                                   703-281-5807 (Fax)  
                                   cliff@attorneyaccess.net