# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN,                                )<br>                                )<br>            Plaintiff,                )<br>                                )<br>    vs.                                )<br>                                )<br>MIKE JOHANNS, SECRETARY,            )<br>                                )<br>DEPARTMENT OF AGRICULTURE,        )<br>                                )<br>            Defendant.                )<br>                                )<br>_____)  | **Civil Action No.: 05-989 (RCL)**<br><br>**DECLARATION OF<br>CLIFFORD J. SHOEMAKER** |

Clifford J. Shoemaker declares under penalty of perjury at Vienna Virginia this 1st day of February 2008 that the following is true to the best of my knowledge and belief.

1. I am an attorney who is duly admitted to practice before this Court.

2. I have known John F. McHugh of New York for more than a year and in my dealings with him he has appeared to be a person of good standing in this profession.

3. I move his admission pro hoc vice to assist me in assuming the representation of the plaintiff who filed this action pro se.

Dated this 4th day of February, 2008.

/s/
Clifford J. Shoemaker
SHOEMAKER & ASSOCIATES
9711 Meadowlark Road
Vienna, Va. 22182
703-281-6395
703-281-5807 (Fax)
cliff@attorneyaccess.net

- 1 -