# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**JUAN MORGAN**,                )
                       Plaintiff,      )  **Civil Action No.: 05-989 (RCL)**
               vs.                     )
**MIKE JOHANNS, SECRETARY,**    )  **DECLARATION OF**
**DEPARTMENT OF AGRICULTURE,**  )  **JOHN F. McHUGH**
               Defendant.      )

       John F. McHugh declares at New York, N.Y., under penalty of perjury this 1st day of February that the following is true to the best of my knowledge and belief.

       1. I am an attorney duly admitted to practice in the Southern District of New York, admitted in 1970, the Eastern District of New York, admitted in 1981, the DC Circuit (unknown[1]), the Second Circuit, admitted 1972, the Sixth Circuit admitted 1995, the Ninth Circuit, admitted 2007 and the United States Court of Federal Claims, admitted 1986 as well as the Courts of the State of New York admitted in July 8, 1971 (see certificate of good standing dated January 18, 2008 attached) and prior to that I was admitted in 1968 in the State of Ohio (which admission has lapsed due to relocation to New York). I seek admission pro hac vice for the purpose of serving as co-counsel to Clifford J. Shoemaker as attorneys for the plaintiff herein.

---

[1] Application for pro-hac-vice and fee was returned in 2007 with a notation that I was already admitted.

- 1 -

2. Applicants address is 88 Elmwood Ave. Ho-Ho-Kus, N.J. 07425 and I maintain an office at 6 Water Street, New York, N.Y. 10004.

3. Applicant has never been held in contempt of court, convicted of a crime, publicly disciplined or reprimanded.

4. Applicant is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court, the Rules of Professional Conduct as adopted by the Court of Appeals of the District of Columbia and will faithfully abide by those rules as well as with the Standards of Civility and Professional Conduct adopted by the Bar on June 18, 1996.

5. I received my JD degree from the University of Toledo College of Law in 1968.

Wherefore, I respectfully request admission pro hac vice to assist with the representation of the plaintiff in this matter.

Dated, New York, N.Y.

    February 1, 2008                                      _____/s/_____
                                                       John F. McHugh
                                                     6 Water Street
                                                     New York, N.Y. 10004
                                                     212-483-0875