**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN**, ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.: 05-989 (RCL)** |
| ) | |
| vs. ) | |
| ) | |
| **MIKE JOHANNS, SECRETARY,** ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| **DEPARTMENT OF AGRICULTURE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

Upon consideration of the Motion for Admittance Pro Hac Vice of John F. McHugh, it is hereby

ORDERED that John F. McHugh is hereby admitted pro hac vice for the purpose of representing the Plaintiff herein.

ENTERED THIS _____DAY OF _____, 2008.

_____
ROYCE C. LAMBERTH
UNITE STATE DISTRICT JUDGE