**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUAN MORGAN**, | ) |
| | ) |
| Plaintiff, | ) **Civil Action No.: 05-989 (RCL)** |
| | ) |
| vs. | ) |
| | ) |
| **MIKE JOHANNS, SECRETARY,** | ) |
| | ) |
| **DEPARTMENT OF AGRICULTURE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**ORDER**

Upon consideration of the plaintiff's motion for an extension of time and the entire record

herein, it is this _____ day of _____, 200___,

Ordered that the motion for and extension of time is hereby granted and it is hereby

Further Ordered that all deadlines shall be extended as follows:


Discovery shall close                              _____

Dispositive Motions shall be filed          _____

Oppositions shall be filed                       _____

Replies shall be filed                              _____


So Ordered

                                                  _____
                                                  U. S. District Judge


- 1 -