UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN MORGAN | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-989 (RCL) |
| MIKE JOHANNS,<br>Secretary, Department of Agriculture, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of plaintiff's motion [43] for an extension of time and the entire record herein, it is hereby

ORDERED that plaintiff's motion [43] is GRANTED; and it further

ORDERED that all deadlines shall be extended as follows:

| | |
|---|---|
| Discovery shall close | June 3, 2008 |
| Dispositive Motions | August 3, 2008 |
| Oppositions | September 3, 2008 |
| Replies | September 22, 2008 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 4, 2008.