UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ED SCHAFER, Secretary, United States Department of Agriculture,<br><br>    Defendant. | Civil Action 05-0989 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and withdraw the appearance of Assistant United States Attorney John G. Interrante as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov