UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
JUAN MORGAN,                              )
                                          )
          Plaintiff,                      )
                                          )
          v.                              )          Civil Action 05-0989 (RCL)
                                          )
ED SCHAFER, Secretary, United States      )
Department of Agriculture,                )
                                          )
          Defendant.                      )
_____)

## **ORDER**

Having considered the parties' Joint Motion for Extension of Time to Complete

Discovery (the "Joint Motion"), and the entire record herein, it is this _____ day of

_____, 2008, hereby

ORDERED that the parties' Joint Motion is GRANTED; and it is

FUTHER ORDERED that the parties shall complete discovery by September 30, 2008.

SO ORDERED.


                              _____
                              UNITED STATES DISTRICT JUDGE


Copy to:  ECF Counsel