UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, <br><br> Plaintiff, <br><br> v. <br><br> ED SCHAFER, Secretary, United States Department of Agriculture, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action 05-0989 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Having considered the parties' Joint Motion for Extension of Time to Complete Discovery (the "Joint Motion"), and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that the parties' Joint Motion is GRANTED; and it is

FUTHER ORDERED that the parties shall complete fact discovery by January 16, 2009 and expert discovery by February 27, 2009.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel