UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN MORGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary, Department of Agriculture, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-989 (RCL) |

## ORDER

Having considered the parties' Joint Motion for Extension of Time to Complete Discovery (the "Joint Motion") and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion is GRANTED; and it is

FURTHER ORDERED that the parties shall complete fact discovery by January 16, 2009, and expert discovery by February 27, 2009.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 17, 2008.